

# THE ATTORNEY GENERAL
# OF TEXAS

### AUSTIN 11, TEXAS

GROVER SELLERS
~~GILL WILSON~~
ATTORNEY GENERAL

Hon. Winston P. Brummett
County Attorney
Dickens County
Dickens, Texas

Dear Sir:

Opinion No. O-7163
Re: Whether election, appointment
and length of terms of trustees
of consolidated common school
districts are governed by
Article 2808, V. A. C. S., or by
Sec. 3 of Article 2774a, V.A.C.S.

Your request for opinion upon the above stated question has been received and carefully considered by this department.

Opinion No. O-5288 of this department, we think, answers the questions you have in mind. This opinion holds that where the provisions of Article 2808 and Section 3 of Article 2774a conflict with respect to the election, appointment and terms of office of trustees of consolidated common school districts, Section 3 of Article 2774a will prevail and should be followed. We enclose herewith a copy of opinion No. O-5288 for your information.

Trusting that this satisfactorily answers your inquiry, we are

Very truly yours

ATTORNEY GENERAL OF TEXAS

By Wm. J. Fanning
Assistant

WJF:BT/pam

APPROVED MARCH 29, 1946
GROVER SELLERS
ATTORNEY GENERAL OF TEXAS

APPROVED OPINION COMMITTEE
BY BWB, CHAIRMAN